**Fill in this information to identify the case:**

United States Bankruptcy Court for the Southern District of Texas

Case number (*if known*): ________________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

Laredo Outlet Shoppes, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

N/A

**3. Debtor's federal Employer Identification Number** (EIN)

81-1563566

**4. Debtor's address**

**Principal place of business**

2030 Hamilton Place Blvd.
Number Street

CBL Center, Suite 500

Chattanooga Tennessee 37421
City State ZIP Code

Hamilton County
County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

1600 Water Street
Number Street

Laredo Texas 78040
City State ZIP Code

**5. Debtor's website** (URL)

www.cblproperties.com

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ________________

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*
☐ Tax- exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
5311 – Lessors of Real Estate

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1). Its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000 **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes District __________ When __________ Case number __________
MM/ DD/ YYYY

District __________ When __________ Case number __________
MM / DD/ YYYY

Debtor Laredo Outlet Shoppes, LLC Case number (if known) 21-_____ ( )
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes Debtor See Schedule 1 Relationship See Schedule 1
District Southern District of Texas When See Schedule 1
MM / DD/ YYYY
Case number, if known ________

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ________

**Where is the property?** ________
Number Street

________ ________ ________
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ________
Contact Name ________
Phone ________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

Debtor Laredo Outlet Shoppes, LLC
Name

Case number (if known) 21-_____ ( )

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2021
MM / DD / YYYY

✘ /s/ Jeffery V. Curry
Signature of authorized representative of debtor

Jeffery V. Curry
Printed name

Chief Legal Officer and Secretary
Title

**18. Signature of attorney**

✘ /s/ Alfredo R. Pérez
Signature of attorney for debtor

Date May 26, 2021
MM / DD / YYYY

| | | |
|---|---|---|
| Printed Name | Alfredo R. Pérez | Ray C. Schrock, P.C. |
| Firm Name | Weil, Gotshal & Manges LLP | Weil, Gotshal & Manges LLP |
| Address | 700 Louisiana, Suite 1700 | 767 Fifth Avenue |
| City/State/Zip | Houston, Texas 77002 | New York, New York 10153 |
| Contact Phone | (713) 546-5000 | (212) 310-8000 |
| Email Address | alfredo.perez@weil.com | ray.schrock@weil.com |

15776275 Texas
Bar Number State

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On May 26, 2021, the affiliated entity listed below filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas. A motion will be filed with the Court requesting that the chapter 11 cases of this debtor and the affiliated entities identified below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure with the Initial Debtors Cases (as hereinafter defined).

| COMPANY | CASE NUMBER |
|---|---|
| Laredo Outlet Shoppes, LLC | 21-______ ( ) |

On November 13, 2020, the affiliated entity listed below filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas. The Supplemental Debtor Case has been consolidated for procedural purposes only and is being jointly administered under **CBL & Associates Properties, Inc. Case No. 20-35226 (DRJ)**.

| COMPANY | CASE NUMBER |
|---|---|
| CBL/Regency I, LLC | 20-35560 (DRJ) |

Beginning on November 1, 2020, each of the affiliated entities listed below (collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Initial Debtors Cases**"). The Initial Debtors Cases have been consolidated for procedural purposes only and are being jointly administered under **CBL & Associates Properties, Inc. Case No. 20-35226 (DRJ)**.

| COMPANY | CASE NUMBER |
|---|---|
| CBL/Sunrise Commons, L.P. | 20-35225 (DRJ) |
| CBL & Associates Properties, Inc. | 20-35226 (DRJ) |
| CBL Holdings I, Inc. | 20-35227 (DRJ) |
| CBL Holdings II, Inc. | 20-35228 (DRJ) |
| CBL & Associates Limited Partnership | 20-35229 (DRJ) |
| CBL & Associates Management, Inc. | 20-35230 (DRJ) |
| Akron Mall Land, LLC | 20-35267 (DRJ) |
| Alamance Crossing II, LLC | 20-35268 (DRJ) |
| Alamance Crossing, LLC | 20-35269 (DRJ) |
| APWM, LLC | 20-35270 (DRJ) |
| Arbor Place Limited Partnership | 20-35231 (DRJ) |

| COMPANY | CASE NUMBER |
|---|---|
| Asheville, LLC | 20-35271 (DRJ) |
| Brookfield Square Joint Venture | 20-35272 (DRJ) |
| Brookfield Square Parcel, LLC | 20-35273 (DRJ) |
| CBL Eagle Point Member, LLC | 20-35274 (DRJ) |
| CBL HP Hotel Member, LLC | 20-35275 (DRJ) |
| CBL RM-Waco, LLC | 20-35232 (DRJ) |
| CBL SM-Brownsville, LLC | 20-35233 (DRJ) |
| CBL Statesboro Member, LLC | 20-35276 (DRJ) |
| CBL Walden Park, LLC | 20-35277 (DRJ) |
| CBL/Brookfield I, LLC | 20-35278 (DRJ) |
| CBL/Brookfield II, LLC | 20-35279 (DRJ) |
| CBL/Cherryvale I, LLC | 20-35282 (DRJ) |
| CBL/Citadel I, LLC | 20-35283 (DRJ) |
| CBL/Citadel II, LLC | 20-35284 (DRJ) |
| CBL/EastGate I, LLC | 20-35285 (DRJ) |
| CBL/EastGate II, LLC | 20-35286 (DRJ) |
| CBL/EastGate Mall, LLC | 20-35287 (DRJ) |
| CBL/Fayette I, LLC | 20-35288 (DRJ) |
| CBL/Fayette II, LLC | 20-35295 (DRJ) |
| CBL/GP Cary, Inc. | 20-35296 (DRJ) |
| CBL/GP II, Inc. | 20-35307 (DRJ) |
| CBL/GP V, Inc. | 20-35309 (DRJ) |
| CBL/GP VI, Inc. | 20-35311 (DRJ) |
| CBL/GP, Inc. | 20-35314 (DRJ) |
| CBL/Gulf Coast, LLC | 20-35316 (DRJ) |
| CBL/Imperial Valley GP, LLC | 20-35234 (DRJ) |
| CBL/J I, LLC | 20-35318 (DRJ) |
| CBL/J II, LLC | 20-35320 (DRJ) |
| CBL/Kirkwood Mall, LLC | 20-35235 (DRJ) |
| CBL/Madison I, LLC | 20-35236 (DRJ) |
| CBL/Monroeville Expansion I, LLC | 20-35321 (DRJ) |
| CBL/Monroeville Expansion II, LLC | 20-35324 (DRJ) |
| CBL/Monroeville Expansion III, LLC | 20-35326 (DRJ) |
| CBL/Monroeville Expansion Partner, L.P. | 20-35280 (DRJ) |
| CBL/Monroeville Expansion, L.P. | 20-35289 (DRJ) |
| CBL/Monroeville I, LLC | 20-35291 (DRJ) |
| CBL/Monroeville II, LLC | 20-35292 (DRJ) |
| CBL/Monroeville III, LLC | 20-35293 (DRJ) |

| COMPANY | CASE NUMBER |
|---|---|
| CBL/Monroeville Partner, L.P. | 20-35298 (DRJ) |
| CBL/Monroeville, L.P. | 20-35299 (DRJ) |
| CBL/Nashua Limited Partnership | 20-35300 (DRJ) |
| CBL/Old Hickory I, LLC | 20-35301 (DRJ) |
| CBL/Old Hickory II, LLC | 20-35302 (DRJ) |
| CBL/Parkdale Crossing GP, LLC | 20-35303 (DRJ) |
| CBL/Parkdale Crossing, L.P. | 20-35304 (DRJ) |
| CBL/Parkdale Mall GP, LLC | 20-35305 (DRJ) |
| CBL/Parkdale, LLC | 20-35306 (DRJ) |
| CBL/Penn Investments, LLC | 20-35310 (DRJ) |
| CBL/Richland G.P., LLC | 20-35237 (DRJ) |
| CBL/Sunrise Commons GP, LLC | 20-35312 (DRJ) |
| CBL/Sunrise GP, LLC | 20-35238 (DRJ) |
| CBL/Sunrise Land, LLC | 20-35313 (DRJ) |
| CBL/Sunrise XS Land, L.P. | 20-35315 (DRJ) |
| CBL/Westmoreland I, LLC | 20-35239 (DRJ) |
| CBL/Westmoreland II, LLC | 20-35240 (DRJ) |
| CBL/Westmoreland, L.P. | 20-35241 (DRJ) |
| CBL-840 GC, LLC | 20-35317 (DRJ) |
| Charleston Joint Venture | 20-35319 (DRJ) |
| Cherryvale Mall, LLC | 20-35242 (DRJ) |
| Coolsprings Crossing Limited Partnership | 20-35322 (DRJ) |
| Cross Creek Anchor S GP, LLC | 20-35323 (DRJ) |
| Cross Creek Anchor S, LP | 20-35325 (DRJ) |
| CW Joint Venture, LLC | 20-35243 (DRJ) |
| Dakota Square Mall CMBS, LLC | 20-35328 (DRJ) |
| Development Options, Inc. | 20-35330 (DRJ) |
| D'Iberville CBL Land, LLC | 20-35327 (DRJ) |
| Dunite Acquisitions, LLC | 20-35333 (DRJ) |
| East Towne Parcel I, LLC | 20-35335 (DRJ) |
| EastGate Anchor S, LLC | 20-35336 (DRJ) |
| EastGate Company | 20-35339 (DRJ) |
| Eastland Anchor M, LLC | 20-35341 (DRJ) |
| Eastland Holding I, LLC | 20-35343 (DRJ) |
| Eastland Holding II, LLC | 20-35345 (DRJ) |
| Eastland Mall, LLC | 20-35347 (DRJ) |
| Eastland Member, LLC | 20-35348 (DRJ) |
| Fayette Middle Anchor, LLC | 20-35350 (DRJ) |

| COMPANY | CASE NUMBER |
|---|---|
| Fayette Plaza CMBS, LLC | 20-35334 (DRJ) |
| Frontier Mall Associates Limited Partnership | 20-35244 (DRJ) |
| GCTC Peripheral IV, LLC | 20-35337 (DRJ) |
| Gunbarrel Commons, LLC | 20-35338 (DRJ) |
| Hamilton Place Anchor S, LLC | 20-35342 (DRJ) |
| Hammock Landing/West Melbourne, LLC | 20-35344 (DRJ) |
| Hanes Mall Parcels, LLC | 20-35346 (DRJ) |
| Harford Mall Business Trust | 20-35349 (DRJ) |
| Henderson Square Limited Partnership | 20-35351 (DRJ) |
| Hickory Point Outparcels, LLC | 20-35352 (DRJ) |
| Hixson Mall, LLC | 20-35245 (DRJ) |
| Imperial Valley Commons, L.P. | 20-35357 (DRJ) |
| Imperial Valley Mall GP, LLC | 20-35246 (DRJ) |
| Imperial Valley Mall II, L.P. | 20-35247 (DRJ) |
| Imperial Valley Mall, L.P. | 20-35248 (DRJ) |
| Imperial Valley Peripheral L.P. | 20-35358 (DRJ) |
| IV Commons, LLC | 20-35361 (DRJ) |
| IV Outparcels, LLC | 20-35364 (DRJ) |
| Jefferson Anchor M, LLC | 20-35367 (DRJ) |
| Jefferson Anchor S, LLC | 20-35369 (DRJ) |
| Jefferson Mall Company II, LLC | 20-35359 (DRJ) |
| JG Gulf Coast Town Center LLC | 20-35360 (DRJ) |
| JG Winston-Salem, LLC | 20-35249 (DRJ) |
| Kirkwood Mall Acquisition LLC | 20-35251 (DRJ) |
| Kirkwood Mall Mezz LLC | 20-35250 (DRJ) |
| Laurel Park Retail Holding LLC | 20-35362 (DRJ) |
| Laurel Park Retail Properties LLC | 20-35363 (DRJ) |
| Layton Hills Mall CMBS, LLC | 20-35252 (DRJ) |
| Lexington Joint Venture | 20-35365 (DRJ) |
| LHM-Utah, LLC | 20-35370 (DRJ) |
| Madison Joint Venture, LLC | 20-35254 (DRJ) |
| Madison/East Towne, LLC | 20-35256 (DRJ) |
| Madison/West Towne, LLC | 20-35257 (DRJ) |
| Mall del Norte, LLC | 20-35258 (DRJ) |
| Mayfaire GP, LLC | 20-35253 (DRJ) |
| Mayfaire Town Center, LP | 20-35255 (DRJ) |
| MDN/Laredo GP, LLC | 20-35259 (DRJ) |

| COMPANY | CASE NUMBER |
|---|---|
| Meridian Mall Limited Partnership | 20-35373 (DRJ) |
| Mid Rivers Land LLC | 20-35374 (DRJ) |
| Mid Rivers Mall CMBS, LLC | 20-35375 (DRJ) |
| Monroeville Anchor Limited Partnership | 20-35376 (DRJ) |
| Montgomery Partners, L.P. | 20-35378 (DRJ) |
| Mortgage Holdings, LLC | 20-35261 (DRJ) |
| Multi-GP Holdings, LLC | 20-35265 (DRJ) |
| North Charleston Joint Venture II, LLC | 20-35379 (DRJ) |
| Northgate SAC, LLC | 20-35382 (DRJ) |
| Northpark Mall/Joplin, LLC | 20-35384 (DRJ) |
| Old Hickory Mall Venture | 20-35387 (DRJ) |
| Old Hickory Mall Venture II, LLC | 20-35388 (DRJ) |
| Parkdale Anchor M, LLC | 20-35389 (DRJ) |
| Parkdale Crossing Limited Partnership | 20-35390 (DRJ) |
| Parkdale Mall Associates, L.P. | 20-35391 (DRJ) |
| Parkdale Mall, LLC | 20-35394 (DRJ) |
| Parkway Place Limited Partnership | 20-35395 (DRJ) |
| Parkway Place SPE, LLC | 20-35398 (DRJ) |
| Pearland Ground, LLC | 20-35266 (DRJ) |
| Pearland Town Center GP, LLC | 20-35264 (DRJ) |
| Pearland Town Center Limited Partnership | 20-35260 (DRJ) |
| Pearland-OP Parcel 8, LLC | 20-35401 (DRJ) |
| POM-College Station, LLC | 20-35262 (DRJ) |
| Port Orange Holdings II, LLC | 20-35404 (DRJ) |
| Seacoast Shopping Center Limited Partnership | 20-35408 (DRJ) |
| Shoppes at St. Clair CMBS, LLC | 20-35396 (DRJ) |
| South County Shoppingtown LLC | 20-35400 (DRJ) |
| Southaven Town Center, LLC | 20-35402 (DRJ) |
| Southaven Towne Center II, LLC | 20-35406 (DRJ) |
| Southpark Mall, LLC | 20-35413 (DRJ) |
| Southpark Mall-DSG, LLC | 20-35416 (DRJ) |
| St. Clair Square GP I, LLC | 20-35417 (DRJ) |
| St. Clair Square Limited Partnership | 20-35419 (DRJ) |
| St. Clair Square SPE, LLC | 20-35421 (DRJ) |
| Stroud Mall, LLC | 20-35405 (DRJ) |
| Tenn-GP Holdings, LLC | 20-35410 (DRJ) |
| The Courtyard at Hickory Hollow Limited Partnership | 20-35415 (DRJ) |

| COMPANY | CASE NUMBER |
|---|---|
| The Landing at Arbor Place II, LLC | 20-35418 (DRJ) |
| The Pavilion at Port Orange, LLC | 20-35420 (DRJ) |
| TN-Land Parcels, LLC | 20-35422 (DRJ) |
| Turtle Creek Limited Partnership | 20-35263 (DRJ) |
| TX-Land Parcels, LLC | 20-35423 (DRJ) |
| Valley View Mall SPE, LLC | 20-35424 (DRJ) |
| Volusia Mall GP, Inc. | 20-35426 (DRJ) |
| Volusia Mall Limited Partnership | 20-35427 (DRJ) |
| Volusia SAC, LLC | 20-35397 (DRJ) |
| Volusia-OP Peripheral, LLC | 20-35399 (DRJ) |
| West Towne District, LLC | 20-35403 (DRJ) |
| Westgate Crossing Limited Partnership | 20-35407 (DRJ) |
| WestGate Mall II, LLC | 20-35409 (DRJ) |
| WestGate Mall Limited Partnership | 20-35411 (DRJ) |
| WI-Land Parcels, LLC | 20-35412 (DRJ) |
| York Galleria Limited Partnership | 20-35414 (DRJ) |

# SECRETARY'S CERTIFICATE

The undersigned, being the duly elected and acting Secretary of CBL & Associates Properties, Inc., a Delaware corporation (the "Corporation"), hereby certifies that the following resolutions were duly adopted the Board of Directors of the Corporation at a duly called meeting of the Board of Directors on May 25, 2021, and that such resolutions remain in full force and effect without modification or amendment as of the date hereof:

**WHEREAS**, Laredo Outlet Shoppes, LLC ("Laredo Shoppes"), is a Delaware limited liability company that is wholly-owned by Laredo Outlet JV, LLC, a Delaware limited liability company ("Laredo Outlet JV");

**WHEREAS**, the Class A Members of Laredo Outlet JV are CBL Laredo Member, LLC, a Texas limited liability company ("CBL Laredo Member") as the 65% Class A Member, and El Portal Center, LLC, a Delaware limited liability company as the 35% Class A Member;

**WHEREAS**, the CBL Laredo Member is a wholly-owned subsidiary of CBL & Associates Limited Partnership, a Delaware limited partnership (the "Operating Partnership"), and the Corporation's wholly-owned subsidiary, CBL Holdings I, Inc., a Delaware corporation (the "Subsidiary"), is the sole general partner of the Operating Partnership;

**WHEREAS**, the Limited Liability Company Agreement of Laredo Outlet JV dated May 10, 2016, as amended, provides that any decision to file a petition under any federal or state bankruptcy, insolvency or reorganization laws for Laredo Shoppes must be on the unanimous consent of the Class A Members of Laredo Outlet JV;

**WHEREAS**, the Board of Directors of the Corporation has had the opportunity to consult with the management and the legal and financial advisors of Laredo Outlet JV and Laredo Shoppes to fully consider, and has considered, the strategic alternatives available to it; and

**WHEREAS**, the Board of Directors of the Corporation believe that taking the actions set forth below is in the best interests of Laredo Outlet JV and Laredo Shoppes and, therefore, desires to approve the following resolutions.

**NOW, THEREFORE, BE IT RESOLVED**, that the Board of Directors, after due consultation with the management and the legal and financial advisors of Laredo Outlet JV and Laredo Shoppes, hereby authorizes CBL Laredo Member, as a Class A Member of Laredo Outlet JV, to consent to a petition to be filed by Laredo Shoppes seeking relief under the provisions of chapter 11 of title 11 of the United States Code

(the "Bankruptcy Code"), which petition may be filed in connection with and as a part of the Bankruptcy filing of CBL & Associates Properties, Inc. (and certain of its subsidiaries, collectively, the "CBL Bankruptcy"), being Case No. 20-35226 in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"); and be it further

**RESOLVED**, that with respect to the foregoing, the CBL Laredo Member is authorized to enter into and execute the Action by Written Consent of the Class A Members of Laredo Outlet JV in substantially the form attached hereto as "Attachment #1" and to perform all actions and execute and file such documents and instruments as are set forth therein.

**IN WITNESS WHEREOF**, I have hereunto set my hand as Secretary of the Corporation this 26th day of May, 2021.

Jeffery V. Curry
Secretary

**ACTION BY**
**WRITTEN CONSENT OF**
**THE CLASS A MEMBERS OF**
**LAREDO OUTLET JV, LLC**
**MAY [26], 2021**

The undersigned, being all of the Class A Members (the "Class A Members") of LAREDO OUTLET JV, LLC (the "Entity"), do hereby consent to, adopt and approve, by written consent in accordance with applicable law and the relevant provisions of the governing documents of the Entity, the following resolutions and each and every action effected thereby:

**WHEREAS**, the Entity is the sole member of Laredo Outlet Shoppes, LLC ("Laredo Shoppes");

**WHEREAS**, on November 1, 2020, CBL & Associates Properties, Inc., CBL & Associates Limited Partnership and certain of its affiliates filed petitions with the United States Bankruptcy Court for the Southern District of Texas, Houston Division seeking relief under the provisions of the Bankruptcy Code (as defined below);

**WHEREAS**, the governing documents of the Entity requires the unanimous approval of the Class A Members of the Entity to consent to any Subsidiary's (as defined in the governing documents of the Entity) filing of a petition under any federal or state bankruptcy, insolvency or reorganization laws; and

**WHEREAS**, the Class A Members believe that taking the actions set forth below is in the best interests of the Entity and Laredo Shoppes and, therefore, desire to approve the following resolutions:

**NOW, THEREFORE, BE IT RESOLVED**, that the Class A Members have determined that it is desirable and in the best interests of the Entity, Laredo Shoppes and its creditors, and other parties in interest that a petition be filed by Laredo Shoppes seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it further

**RESOLVED**, that the Entity is hereby authorized to enter into, execute and deliver the Action by Written Consent of the Sole Member of Laredo Shoppes in the form attached hereto as "Exhibit A"; and be it further

**RESOLVED**, that Charles B. Lebovitz, Stephen D. Lebovitz, Michael I. Lebovitz, Farzana Khaleel, Jeffery V. Curry and Katie Reinsmidt (with respect to the Entity, each such person, an "Authorized Person"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Entity, to take and perform any and all further acts or deeds, including, but not limited to, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates that may be required, (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person,

in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Entity in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects as the acts and deeds of the Entity.

[*Remainder of page intentionally left blank. Signature page follows.*]

**IN WITNESS WHEREOF**, the undersigned, being all of the Class A Members of the Entity, have executed this written consent as of the date first set forth above.

**CLASS A MEMBERS:**

**CBL LAREDO MEMBER, LLC**

By: CBL & Associates Limited Partnership, its sole member and chief manager

By: CBL Holdings I, Inc., its sole general partner

By: ____________________
Name: Jeffery V. Curry
Title: Chief Legal Officer

**EL PORTAL CENTER LLC,**

By: Horizon El Portal, LLC, its managing member

By: Horizon Group Properties, L.P., its manager

By: Horizon Group Properties, Inc., its sole general partner

By: ____________________
Name: Gary J. Skoien
Title: Chairman and CEO

**ACTION BY**
**WRITTEN CONSENT OF**
**THE SOLE MEMBER OF LAREDO OUTLET SHOPPES, LLC**
**MAY [26], 2021**

The undersigned, Laredo Outlet JV, LLC, being the Sole Member (the "Sole Member") of LAREDO OUTLET SHOPPES, LLC (the "Entity"), does hereby consent to, adopt and approve, by written consent in accordance with applicable law and the relevant provisions of the governing documents of the Entity, the following resolutions and each and every action effected thereby:

**WHEREAS**, on November 1, 2020, CBL & Associates Properties, Inc., CBL & Associates Limited Partnership and certain of its affiliates filed petitions with the Bankruptcy Court (as defined below) seeking relief under the provisions of the Bankruptcy Code (as defined below); and

**WHEREAS**, the Sole Member believes that taking the actions set forth below are in the best interests of the Entity and, therefore, desires to approve the following resolutions.

## I. Commencement of Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**, the Sole Member has determined that it is desirable and in the best interests of the Entity, its creditors, and other parties in interest that a petition be filed by the Entity seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it further

**RESOLVED**, that Charles B. Lebovitz, Stephen D. Lebovitz, Michael I. Lebovitz, Farzana Khaleel, Jeffery V. Curry and Katie Reinsmidt (with respect to the Entity, each such person, an "Authorized Person"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, to negotiate, execute, deliver and file with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), in the name and on behalf of the Entity, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents (collectively, the "Chapter 11 Filings") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it further

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Entity, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Entity's chapter 11 case (collectively, the "Chapter 11 Case") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of,

the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## II. Retention of Advisors

**RESOLVED**, that, in connection with the Chapter 11 Case, any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Entity, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, on behalf of the Entity, that such Authorized Person deems necessary, appropriate or advisable in connection with, or in furtherance of, the Chapter 11 Case, with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153, is hereby retained as attorneys for the Entity in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Moelis & Company, located at 399 Park Avenue, 5th Floor, New York, NY 10022, is hereby retained as investment banker for the Entity in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Berkeley Research Group, LLC, located at 99 High Street, 27th Floor, Boston, MA 02110, is hereby retained as financial advisor for the Entity in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, 12th Floor, New York, New York 10017, is hereby retained as claims agent for the Entity in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Entity, to take and perform any and all further acts and deeds, including, without limitation, (i) the payment of any consideration, (ii) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (iii) negotiating, executing, delivering, performing and filing any and all documents, motions, pleadings, applications, declarations, affidavits, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with the engagement of professionals contemplated by the foregoing resolutions (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## III. General Authority and Ratification

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Entity, to take and perform any and all further acts or deeds, including, but

not limited to, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates that may be required, (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Entity in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects as the acts and deeds of the Entity.

[*Remainder of page intentionally left blank. Signature page follows.*]

**IN WITNESS WHEREOF**, the undersigned, being the Sole Member of the Entity has executed this written consent as of the date first set forth above.

**LAREDO OUTLET JV, LLC**

By: CBL Laredo Member, LLC, its managing member

By: CBL & Associates Limited Partnership, its sole member and chief manager

By: CBL Holdings I, Inc., its sole general partner

By:____________________
Name: Jeffery V. Curry
Title: Chief Legal Officer

**Fill in this information to identify the case:**

Debtor name: Laredo Outlet Shoppes, LLC

United States Bankruptcy Court for the Southern District of Texas (State)

Case number (*If known*): ____________

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of consolidated creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.[1]**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Adidas America, Inc.<br>Attn: Morgan Brakken<br>5055 N. Greeley Avenue<br>Portland, Oregon 97217 | Attn.: Morgan Brakken<br>Phone: (503) 805-4501<br>Email: morgan.brakken@adidas.com | Trade Payable | | | | $320,145.00 |
| 2 | USI Insurance Services LLC<br>Attn.: Tracy Gordon<br>4605 Columbus Street<br>Virginia Beach, Virginia 23462 | Attn.: Tracy Gordon<br>Phone: (470) 875-0468<br>Email: tracy.gordon@usi.com | Insurance | | | | $243,124.00 |
| 3 | Ambit Energy<br>Attn.: Legal Department<br>P.O. Box 864589<br>Plano, Texas 75086-4589 | Attn.: Legal Department<br>Phone: (877) 282-6248<br>Email:<br>careaction@ambitenergy.com | Utility | | | | $86,049.83 |
| 4 | Stone & Stein Laredo, LLC<br>Attn.: David Nelson<br>10275 West Higgins Road, Suite 560<br>Rosemont, Illinois 60018 | Attn.: David Nelson<br>Phone: (847) 292-1874<br>Email: dnelson@horizongroup.com | Trade Payable | | | | $20,000.00 |
| 5 | Schindler Elevator Corp.<br>Attn.: Samuel Bruno - Sales Republic<br>P.O. Box 93050<br>Chicago, Illinois 60673-3050 | Attn.: Samuel Bruno - Sales Republic<br>Phone: (361) 402-5929<br>Email: samuel.bruno@schindler.com | Trade Payable | | | | $16,379.78 |
| 6 | Book Warehouse of Laredo, Texas, Inc.<br>Attn.: Patrick O'Connor<br>Attn.: Tonia Rosenberger<br>11130 Kingston Pike, Suite 1-184<br>Knoxville, Tennessee 37934 | Attn.: Patrick O'Connor<br>Attn.: Tonia Rosenberger<br>Phone: (865) 966-7454<br>Email:<br>poconnor@americanbookco.com | Trade Payable | | | | $15,000.00 |
| 7 | Universal Protection Services<br>Attn.: Jordy Lagrange<br>Attn.: Lupe Encinia<br>P.O. Box 31001-2374<br>Pasadena, California 91110-2374 | Attn.: Jordy Lagrange<br>Attn.: Lupe Encinia<br>Phone: (866) 703-7666<br>Email: jordy.lagrange@aus.com<br>Email: lupe.encinia@aus.com | Trade Payable | | | | $12,412.39 |

[1] The following is a list of creditors holding unsecured claims against the above-captioned debtor. The list reflects amounts from the Debtor's books and records as of May 25, 2021.

Debtor Laredo Outlet Shoppes, LLC
Name

Case number (if known) 21-_____ ( )

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 8 | Granite Telecommunications, LLC<br>Attn.: Michael C. McDonald<br>P.O. Box 983119<br>Boston, Massachusetts 02298 | Attn.: Michael C. McDonald<br>Phone: (617) 837-5960<br>Email: mmcdonald@granitenet.com | Trade Payable | | | | $8,368.97 |
| 9 | United High School<br>Attn.: Mario Gonzalez<br>Attn.: Marissa Rangel<br>1015 Topaz Trail<br>Laredo, Texas 78045 | Attn.: Mario Gonzalez<br>Attn.: Marissa Rangel<br>Phone: (956) 473-5600<br>Email:<br>longhorn.band.booster@gmail.com<br>Email:<br>uhsbaseballbooster@gmail.com | Trade Payable | | | | $5,000.00 |
| 10 | Gateway Air Conditioning<br>Attn.: Legal Department<br>417 Shiloh Drive<br>Laredo, Texas 78044 | Attn.: Legal Department<br>Phone: (956) 722-3190<br>Email: gateway_ac@yahoo.com | Trade Payable | | | | $3,468.70 |
| 11 | Big Ass Fans<br>Attn.: Josh Pendleton<br>P.O. Box 638767<br>Cincinnati, Ohio 45263-8767 | Attn.: Josh Pendleton<br>Phone: (859) 899-5378<br>Email:<br>joshua.pendleton@bigassfans.com | Trade Payable | | | | $3,195.00 |
| 12 | Juan Garza: Print X Press<br>Attn: Juan Garza<br>4820 McPherson Road, Suite 1<br>Laredo, Texas 78041 | Attn.: Juan Garza<br>Phone: (956) 723-6687<br>Email: contact@printxpressinc.com | Trade Payable | | | | $747.93 |
| 13 | EML Payments USA LLC<br>Attn.: Janet Huson<br>Attn.: Christina Plummer<br>8330 Ward Parkway, Suite 400<br>Kansas City, Missouri 64114 | Attn.: Janet Huson<br>Phone: (931) 732-5446<br>Email: jhuson@emlpayments.com<br>Email: gblome@emlpayments.com<br>Email: payables@emlpayments.com | Trade Payable | | | | $600.00 |
| 14 | Guillermo A. Sosa<br>P.O. Box 440541<br>Laredo, Texas 78044 | Attn.: Guillermo A. Sosa<br>Phone: (956) 285-0874<br>Email: 9sosa2@me.com | Trade Payable | | | | $324.75 |
| 15 | Reliant<br>Attn.: Jessica W.<br>PO BOX 650475<br>Dallas, Texas 75265-0475 | Attn.: Jessica W.<br>Phone: (877)-883-2480<br>Email: business@reliant.com | Utility | | | | $217.94 |
| 16 | JJDM Enterprise, LLC<br>Attn.: Jerry Gallegos<br>P.O. Box 452307<br>Laredo, Texas 78045 | Attn.: Jerry Gallegos<br>Phone: (210) 337-0017<br>Email:<br>Billinginfo@genesisdrugtesting.com | Trade Payable | | | | $100.00 |
| 17 | 4L Distributors LLC<br>Attn.: Angie Rodriguez<br>107 North Avenue<br>Laredo, Texas 78045 | Attn.: Angie Rodriguez<br>Phone: (956) 727-0794<br>Email: angie@4ldistributors.com | Trade Payable | | | | $93.39 |
| 18 | Verizon Wireless<br>Attn.: Legal Department<br>P.O. Box 660108<br>Dallas, Texas 75266-0108 | Attn.: Legal Department<br>Phone: (800) 922-0204<br>Email:<br>vzwmail@ecrmemail.verizonwireless<br>.com | Trade Payable | | | | $79.52 |
| 19 | Sherwin-Williams<br>Attn.: Brenda Aviles<br>1720 San Bernardo Avenue<br>Laredo, Texas 78040 | Attn.: Brenda Aviles<br>Phone: (956) 723-7312<br>Email: sw7461@sherwin.com | Trade Payable | | | | $45.97 |
| 20 | N/A | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| **LAREDO OUTLET SHOPPES, LLC,** | § | **Case No. 21– ________ (     )** |
| **Debtor.** | § | |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FED. R. BANKR. P. 1007 AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests in CBL & Associates Limited Partnership (the "**Operating Partnership**") and its debtor and non-debtor subsidiaries[1]. Pursuant to Rule 1007(a)(3) of the Bankruptcy Rules, the organizational chart identifies all holders having an equity interest in the above-captioned debtor in possession.

As set forth on Exhibit A, CBL & Associates Properties, Inc. (the "**REIT**") owns 100% of the outstanding equity interests of CBL Holdings I, Inc. ("**Holdings I**") and CBL Holdings II, Inc. ("**Holdings II**").

Holdings I and Holdings II own approximately 1% and 96%, respectively, of the outstanding common units of the Operating Partnership. The remaining approximately 3% of the outstanding common units, including three (3) series of special common units, issued by the Operating Partnership are held by various third parties.[2]

---

[1] Exhibit A does not reflect any inactive subsidiaries of CBL & Associates Properties, Inc.

[2] The Series S special common units are held by entities involved in the Monroeville Mall acquisition (0.77%). The Series L special common units are held by one entity involved in the Laurel Park Mall acquisition (0.28%). The Series K special common units are held by entities that were involved in the acquisition of the Copaken Portfolio (0.43%).

Holdings II owns 100% of the preferred units issued by the Operating Partnership.

Except as set forth in the following sentence, the Operating Partnership owns, either directly or indirectly, 100% of the outstanding equity interests in the remaining Debtors. The REIT owns (i) 0.1% of the equity interests in CoolSprings Crossing Limited Partnership and (ii) less than 0.05% of the equity interests in Henderson Square Limited Partnership; the Operating Partnership owns 65% of the indirect equity interests in the above-captioned debtor in possession.

# Exhibit A

## Organizational Chart

# UPPER TIER OWNERSHIP & KEY




**Colors**

**Owns Unencumbered Property**

**Owns Property in Wells Fargo Borrowing Base**

**Owns Property with Recourse Debt**

**Owns Property with Non-recourse Debt**

**Items**

Non-member Manager - - →

Equity Ownership →

**Property Name**

Note

Debtor D

**Shapes**




**Abbreviations**

CM—Chief Manager

GP—General Partner

MGP—Managing General Partner

MM—Managing Member

**Ownership**

CBL & Associates Limited Partnership →

CBL & Associates Management, Inc. →

Mortgage Holdings, LLC →

**Credit Facility**

Grantor G

Issuer I

Pledged Subsidiary S

Pledgor P

**Bonds**

Guarantor U

Issuer I

Limited Guarantor L

**General Notes**

1. Ownership assumed to be 100% unless otherwise noted.
2. Unless entity has only one member, ownership is assumed to be non-controlling unless otherwise noted.
3. CBL & Associates Management, Inc. owns various unencumbered parcels that have not been noted on this chart.
4. These charts exclude certain inactive subsidiaries of CBL & Associates Properties, Inc. that do not currently own assets or engage in business activity.

# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES





# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES





# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# MADISON JOINT VENTURE, LLC & CBL/J I, LLC SUBSIDIARIES



# CBL/J II, LLC & MORTGAGE HOLDINGS, LLC SUBSIDIARIES



# MORTGAGE HOLDINGS, LLC SUBSIDIARIES



Case 21-31717 Document 1 Filed in TXSB on 05/26/21 Page 37 of 54

# MULTI-GP HOLDINGS, LLC SUBSIDIARIES



# MULTI-GP HOLDINGS, LLC SUBSIDIARIES



# CBL & ASSOCIATES MANAGEMENT, INC. SUBSIDIARIES



# CBL & ASSOCIATES MANAGEMENT, INC. SUBSIDIARIES



# CBL & ASSOCIATES MANAGEMENT, INC. SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP
# 3RD PARTY



# CBL & ASSOCIATES LIMITED PARTNERSHIP
# 3RD PARTY



# CBL & ASSOCIATES MANAGEMENT, INC.
## 3RD PARTY



# CBL & ASSOCIATES MANAGEMENT, INC.
# 3RD PARTY



# CBL & ASSOCIATES MANAGEMENT, INC.
## 3RD PARTY



# CBL/T-C, LLC
# 3RD PARTY



# MISCELLANEOUS 3RD PARTY



# MISCELLANEOUS 3RD PARTY



# MISCELLANEOUS 3RD PARTY



# MISCELLANEOUS 3RD PARTY



# MISCELLANEOUS
# 3RD PARTY



**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **LAREDO OUTLET SHOPPES, LLC,** | § | **Case No. 21– ________ (    )** |
| | § | |
| | § | |
| **Debtor.** | § | |

**LIST OF EQUITY HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(3)**[1]

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct ownership interest of the above-captioned debtor in possession.

Check applicable box:

☐ There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

☒ The following are the debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address of Equity Interest Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Laredo Outlet JV, LLC<br>2030 Hamilton Place Blvd.<br>CBL Center, Suite 500<br>Chattanooga, TN 37421 | Membership Interests | 100% |

[1] This list serves as the required disclosure by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.

**Fill in this information to identify the case:**

Debtor name: Laredo Outlet Shoppes, LLC

United States Bankruptcy Court for the Southern District of Texas
(State)

Case number (*If known*): ____________

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration Consolidated Corporate Ownership Statement and List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 26, 2021
MM / DD /YYYY

✗ /s/ Jeffery V. Curry
Signature of individual signing on behalf of debtor

Jeffery V. Curry
Printed name

Chief Legal Officer and Secretary
Position or relationship to debtor